UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL BEARD, et al., Plaintiffs, v. ECOLAB, INC., Defendant. | CASE NO. C17-0663JLR<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS/COLLECTIVE CERTIFICATION MOTION |

| | |
|---|---|
| Deadline to complete discovery on class/collective certification (not to be construed as a bifurcation of discovery) | *September 27, 2017* |
| Deadline for Plaintiffs to file motion for class/collective certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | *October 27, 2017* |

ORDER - 1

1 | This Order is issued at the outset of the case, and a copy is sent by the clerk to
2 | counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared.
3 | Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all
4 | parties who appear after this Order is filed. Such service shall be accomplished within
5 | ten (10) days after each appearance.
6 | The court will set further case schedule deadlines pursuant to Federal Rule of Civil
7 | Procedure 16(b) after ruling on the motion for class/collective certification. Counsel for
8 | Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not
9 | to seek class/collective certification. The dates set in this scheduling order are firm dates
10 | that can be changed only by order of the court, not by agreement of the parties. The court
11 | will alter these dates only upon good cause shown. The failure to complete discovery
12 | within the time allowed will not ordinarily constitute good cause.
13 | Dated this 9th day of June, 2017.

JAMES L. ROBART
United States District Judge