The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARL BEARD and ALEXIS LOPEZ, CRAIG BAHAM, and ROBERT VAN HORN,

Plaintiffs,

v.

ECOLAB, INC.,

Defendant.

Case No. 2:17-cv-00663-JLR

**STIPULATION FOR LIMITED EXTENSION OF JOINT STATUS REPORT DEADLINE AND [PROPOSED] ORDER**

*Noted For Consideration:*
**July 12, 2017**

## STIPULATION

The parties hereby stipulate and jointly request that the Court grant a two-week extension of the Joint Status Report deadline from July 14, 2017 to July 28, 2017. Good cause exists for the extension as described herein.

On April 27, 2017, Plaintiffs Earl Beard and Alexis Lopez filed a Collective Action Complaint. Dkt. No. 1. On May 3, 2017, Plaintiffs filed the opt-in consent forms of Craig Baham and Robert Van Horn. Dkt. No. 7. On June 9, 2017, the Court entered an Order Regarding Initial Disclosures, Joint Status Report and Early Statement, which set a deadline of July 14, 2017 for the parties' Joint Status Report, among other deadlines. Dkt. No. 15.

STIPULATION FOR LIMITED EXTENSION OF
JOINT STATUS REPORT DEADLINE AND
[PROPOSED] ORDER - 1
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

On June 22, 2017, the parties participated in a telephone conference pursuant to Federal Rule of Civil Procedure 26(f) and were prepared to discuss a draft Joint Status Report. At that time, Plaintiffs indicated that they did not expect other opt-in plaintiffs to join the action because the potential claims of other potential claimants had already been resolved. The parties participated in a follow-up conference on June 27, 2017. As a result of these discussions, Plaintiffs filed a First Amended Complaint on June 29, 2017. Dkt. No. 19. The First Amended Complaint identified Beard, Lopez, Baham, and Van Horn as named Plaintiffs and removed Plaintiffs' collective and class action allegations. This amendment changed the scope of the case and the draft Joint Status Report that the parties had been discussing.

Further, the parties have been engaged in extensive discussions in an attempt to resolve this entire matter. The parties respectfully request that the Court allow a brief two-week extension of the Joint Status Report deadline so that the parties can complete their discussions and avoid incurring unnecessary expense and the time and resources of the Court. This extension will not affect any other deadlines in the case.

**STIPULATION FOR LIMITED EXTENSION OF JOINT STATUS REPORT DEADLINE AND [PROPOSED] ORDER** - 2
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

July 12, 2017

s/ *Breanne Sheetz Martell*
Breanne Sheetz Martell, WSBA #39632
bsmartell@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone:       206.623.3300
Fax:         206.447.6965

s/ *John A. Ybarra*
John A. Ybarra (*Pro Hac Vice*)
jybarra@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Phone:       312.795.3207
Fax:         312.372.7880

s/ *Shirley Lerner*
Shirley Lerner (*Pro Hac Vice*)
slerner@littler.com
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402-2136
Phone:       612.313.7601
Fax:         612.465.1881

Attorneys for Defendant
ECOLAB, INC.

s/ *Michael C. Subit*
Michael C. Subit, WSBA #29189
msubit@frankfreed.com
FRANK FREED SUBIT & THOMAS
Hoge Building
705 Second Avenue, Suite 1200
Seattle, WA 98104-1729
Phone:       206-682-6711

s/ *Michael J.D. Sweeney*
Michael J.D. Sweeney
*Pro Hac Vice*
msweeney@getmansweeney.com
Artemio Guerra
*Pro Hac Vice*
aguerra@getmansweeney.com
GETMAN SWEENEY & DUNN PLLC
260 Fair Street, Kingston,
New York 12401
Phone:       845-255-9370
Fax:         845-255-8749

Attorneys for Plaintiffs

**STIPULATION FOR LIMITED EXTENSION OF JOINT STATUS REPORT DEADLINE AND [PROPOSED] ORDER - 3**
Case No. 2:17-cv-00663-JLR

## ORDER

Pursuant to the parties' agreement, it is hereby ORDERED that:

1. The Stipulation for Limited Extension of Joint Status Report Deadline is GRANTED.
2. The parties' Joint Status Report shall be due on July 28, 2017.

DATED: 12 July 2017

The Honorable James L. Robart
U.S. District Judge

**STIPULATION FOR LIMITED EXTENSION OF
JOINT STATUS REPORT DEADLINE AND
[PROPOSED] ORDER** - 2
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On July 12, 2017, I

☒ **ELECTRONICALLY FILED** the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Michael C. Subit, WSBA #29189<br>msubit@frankfreed.com<br>FRANK FREED SUBIT & THOMAS<br>Hoge Building<br>705 Second Avenue, Suite 1200<br>Seattle, WA 98104-1729<br>Phone: 206-682-6711<br><br>*Attorneys for Plaintiffs* | Michael J.D. Sweeney<br>*Pro Hac Vice*<br>msweeney@getmansweeney.com<br>Artemio Guerra<br>*Pro Hac Vice*<br>aguerra@getmansweeney.com<br>GETMAN SWEENEY & DUNN PLLC<br>260 Fair Street, Kingston,<br>New York 12401<br>Phone: 845-255-9370<br>Fax: 845-255-8749<br><br>*Attorneys for Plaintiffs* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 12, 2017, at Seattle, Washington.

*s/ Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:148743770.1 057118.1195

STIPULATION FOR LIMITED EXTENSION OF
JOINT STATUS REPORT DEADLINE AND
[PROPOSED] ORDER - 3
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300