1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| EARL BEARD, et al., | CASE NO. C17-0663JLR |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| ECOLAB, INC., | |
| Defendant. | |

15    Before the court are Defendant Ecolab, Inc.'s offer of judgment (Off. of Judg.

16  (Dkt. # 23) and Plaintiffs Earl Beard and Alexis Lopez's acceptance of the offer of

17  judgment (Accept. of Judg. (Dkt. # 24)). Pursuant to the offer and acceptance, the court

18  DISMISSES Mr. Beard's and Mr. Lopez's claims WITH PREJUDICE. *See* Fed. R. Civ.

19  P. 68(a). Plaintiffs Craig Baham and Robert Van Horn's claims against Ecolab remain

20  //

21  //

22  //

ORDER - 1

1   (*see* Am. Compl. (Dkt. # 19)), and the court's scheduling order remains in effect (*see*

2   Sched. Order (Dkt. # 16)).

3        Dated this 25th day of July, 2017.

4

5

6   _____

    JAMES L. ROBART

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2