The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL BEARD and ALEXIS LOPEZ, CRAIG BAHAM, and ROBERT VAN HORN,<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB, INC.,<br><br>Defendant. | Case No. 2:17-cv-00663-JLR<br><br>STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT OF ATTORNEYS' FEES AND EFFECT OF JUDGMENT UNDER DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFFS BEARD AND LOPEZ |

**WHEREAS** on June 20, 2017, Defendant Ecolab Inc. ("Defendant") served Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 to Plaintiffs Beard and Lopez (Docket No. 23);

**WHEREAS** on July 18, 2017, Defendant filed Plaintiffs' Notice of Acceptance of Defendant's Offer of Judgment dated July 5, 2017 (Docket No. 24);

**WHEREAS** on July 25, 2017, the Court entered an order dismissing Plaintiffs Beard and Lopez's claims with prejudice pursuant to the Offer of Judgment and Notice of Acceptance (Docket No. 25);

**WHEREAS** the Offer of Judgment includes "an award of reasonable attorneys' fees accrued as of the date of service of this Offer of Judgment," and the parties have agreed upon the amount to be paid as "reasonable attorneys' fees" under the Offer of Judgment;

STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT
OF ATTORNEYS' FEES AND EFFECT OF JUDGMENT - 1
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1 **IT IS HEREBY STIPULATED AND AGREED** between the parties, through their counsel of record, that "reasonable attorneys' fees" in the amount of $12,500.00 shall be paid within 30 days of this stipulation in settlement of the "reasonable attorneys' fees" portion of the Offer of Judgment in full payment of work performed and costs accrued on behalf of Plaintiffs Beard and Lopez.

**IT IS FURTHER STIPULATED AND AGREED** that within ten (10) days of the parties' filing of this Stipulation, Plaintiffs Beard and Lopez will withdraw their consents to sue in *Charlot et al. v. Ecolab, Inc.* 2:12-cv-04543-KAM-VMS (E.D.N.Y.).  In addition, Plaintiff Beard will withdraw his charge with the Washington State Department of Labor & Industries (Complaint No. 82616) upon receipt of payment.

**IT IS SO STIPULATED.**

**STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT OF ATTORNEYS' FEES AND EFFECT OF JUDGMENT - 2**
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Dated: August 30, 2017

/s/    Michael J.D. Sweeney
Michael J.D. Sweeney (*Pro Hac Vice*)
GETMAN, SWEENEY & DUNN, PLLC
9 Paradise Lane
New Paltz, NY 12561
Tel: 845.255.9370
Fax: 845.255.8649
msweeney@getmansweeney.com

/s/    Michael C. Subit
Michael C. Subit, WSBA #29189
msubit@frankfreed.com
FRANK FREED SUBIT & THOMAS
Hoge Building
705 Second Avenue, Suite 1200
Seattle, WA 98104-1729
Phone:     206-682-6711

ATTORNEYS FOR PLAINTIFFS


Dated: August 30, 2017

s/ Shirley Lerner
Shirley Lerner (#0151245), *Pro Hac Vice*
slerner@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612.630.1000

s/ Breanne Sheetz Martell
Breanne Sheetz Martell, WSBA #39632
bsmartell@littler.com
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965

ATTORNEYS FOR DEFENDANT

**STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT**
**OF ATTORNEYS' FEES AND EFFECT OF JUDGMENT - 3**
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Case 2:17-cv-00663-JLR   Document 29   Filed 08/30/17   Page 4 of 5

# ORDER

The Court, having considered the parties' Stipulation re: Settlement of Attorneys' Fees and Effect of Judgment under Defendant's Offer of Judgment to Plaintiffs Beard and Lopez ("Stipulation"), hereby orders as follows:

IT IS HEREBY ORDERED that "reasonable attorneys' fees" in the amount of $12,500.00 shall be paid in settlement of the "reasonable attorneys' fees" portion of the Offer of Judgment in full payment of work performed and costs accrued on behalf of Plaintiffs Beard and Lopez.

IT IS FURTHER ORDERED that Plaintiffs Beard and Lopez will withdraw any consents to sue and administrative charges as detailed in the parties' Stipulation.

DATED: 30 August 2017

*[signature]*
The Honorable James L. Robart
U.S. District Judge

Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On August 30, 2017, I

| ☒ | **ELECTRONICALLY FILED** the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: |
|---|---|

| | |
|---|---|
| Michael C. Subit, WSBA #29189<br>msubit@frankfreed.com<br>FRANK FREED SUBIT & THOMAS<br>Hoge Building<br>705 Second Avenue, Suite 1200<br>Seattle, WA 98104-1729<br>Phone: 206-682-6711<br><br>*Attorneys for Plaintiffs* | Michael J.D. Sweeney<br>*Pro Hac Vice*<br>msweeney@getmansweeney.com<br>Artemio Guerra<br>*Pro Hac Vice*<br>aguerra@getmansweeney.com<br>GETMAN SWEENEY & DUNN PLLC<br>260 Fair Street<br>Kingston, New York 12401<br>Phone:	845-255-9370<br>Fax:	845-255-8749<br><br>*Attorneys for Plaintiffs* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 30, 2017, at Seattle, Washington.

*s/ Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:149629052.5 057118.1195

**STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT
OF ATTORNEYS' FEES AND EFFECT OF JUDGMENT - 5**
Case No. 2:17-cv-00663-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300